ACCEPTED
15-25-00061-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/8/2025 8:39 AM
CHRISTOPHER A. PRINE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/8/2025 8:39:10 AM
CHRISTOPHER A. PRINE
Clerk

May 8, 2025

Attn.: Mark Miller
201 Caroline Street
9th Floor
Houston, Texas 77002

Re:     District Court Cause No. 2024-78536; *In Re Heiliger, et al. v. TDI-DWC, et al.*, In the 11th Judicial District Court, Harris County, Texas

Appellate Case No. 15-25-00061-CV; *Okonkwo v. Heiliger, et al.,* In the 15th Court of Appeals, Austin, Texas

Dear Mr. Miller:

Our review of the Reporter's Record filed in the above-referenced appellate matter suggests that it may be incomplete. The record submitted only covers the hearing that took place on March 21, 2025. Per our request filed April 30, 2025, please prepare a Supplemental Reporter's Record, including any exhibits, for any of the hearings listed below where a Court Reporter appeared, for transmission to the Fifteenth Court of Appeals.

- November 13, 2024
- November 14, 2024
- December 3, 2025
- December 5, 2025
- February 18, 2025

Please do not hesitate to contact our office should you require additional information regarding this matter.

Respectfully submitted,

*/s/ James Z. Brazell*
JAMES Z. BRAZELL
State Bar No. 02930100
Assistant Attorney General
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-3204
Facsimile: (512) 320-0167
James.Brazell@oag.texas.gov

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Meridith Fischer on behalf of James Brazell
Bar No. 2930100
meridith.fischer@oag.texas.gov
Envelope ID: 100581247
Filing Code Description: Letter
Filing Description: Request for Supplemental Reporter's Record
Status as of 5/8/2025 8:51 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James Z.Brazell | | james.brazell@oag.texas.gov | 5/8/2025 8:39:10 AM | SENT |
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 5/8/2025 8:39:10 AM | SENT |
| Sherlyn Harper | | Sherlyn.Harper@oag.texas.gov | 5/8/2025 8:39:10 AM | SENT |
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 5/8/2025 8:39:10 AM | SENT |
| Dean Pappas | 15454375 | dpappas@dgplawfirm.com | 5/8/2025 8:39:10 AM | SENT |
| Mary Markantonis | 12986800 | mmarkantonis@dgplawfirm.com | 5/8/2025 8:39:10 AM | SENT |
| Marilyn Allen | 24025225 | mallen@dgplawfirm.com | 5/8/2025 8:39:10 AM | SENT |
| Lisa Teachey | 24056416 | lteachey@dgplawfirm.com | 5/8/2025 8:39:10 AM | SENT |
| Russell Morris | 24099150 | serv.russell@mf-txlaw.com | 5/8/2025 8:39:10 AM | SENT |
| Andrew Bruce | 24113627 | serv.andrew@mf-txlaw.com | 5/8/2025 8:39:10 AM | SENT |
| Pablo Franco | 24121625 | serv.pablo@mf-txlaw.com | 5/8/2025 8:39:10 AM | SENT |
| Laverne Chang | 783819 | chang@cardwellchang.com | 5/8/2025 8:39:10 AM | SENT |
| Suzan Cardwell | | cardwell@cardwellchang.com | 5/8/2025 8:39:10 AM | SENT |